Signed and Filed: January 19, 2017



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 16-31352 DM
)
COLLEEN ESTES, ) Chapter 13
)
        Debtor. )
_____)

**ORDER GRANTING IN PART AND DENYING IN PART
DEBTOR'S MOTION TO CONTINUE THE AUTOMATIC STAY**

    On December 20, 2016, debtor Colleen Estes ("Debtor") filed the above-captioned chapter 13 case and a motion for an order to continue the automatic stay pursuant to 11 U.S.C. § 362(c) (the "Motion"). Debtor's prior chapter 13 case (Case No. 16-30699) was dismissed on December 9, 2016. As indicated in Debtor's motion and in the pleadings and claims filed in her prior case, Wells Fargo Bank ("WF") holds the first deed of trust lien on her property, and RTED America LLC ("RTED") asserts that its debt is secured by a junior lien on the property. Debtor contends in paragraph 11 of her motion to continue the automatic stay that RTED does not hold a valid lien.

    The initial proof of service (dated December 19 and filed on December 20, 2016) of the Motion reflects no service on any creditor. Instead, only Debtor's prior counsel, the chapter 13

-1-

trustee, and the United States Trustee were served. On January 13, 2017, Debtor filed a supplemental proof of service indicating that she served WF and prior counsel for RTED on December 19, 2016. No other creditors were served with the Motion.

With the exception of her service on WF (which was served in accordance with Federal Rule of Bankruptcy Procedure ("FRBP") 7004(b)(3) and (h)), Debtor did not comply with B.L.R. 4001-2(c), which incorporates Bankruptcy Rule 7004. FRBP 7004(b)(3) requires service on corporations, unincorporated associations and partnerships through an officer, a managing or general agent or an appointed agent for service of process. Service on counsel who previously appeared for Debtor does not suffice. See <u>Beneficial California Inc. v. Villar (In re Villar)</u>, 317 B.R. 88 (9th Cir. BAP 2004). The California Secretary of State's website reflects that RTED's agent for service of process is Marisol Nagata at an address in Irvine, California.

In light of the service deficiencies and non-compliance with B.L.R. 4001-2(c) and FRBP 7004(b), the court will grant the motion to extend the stay as against WF only. If Debtor wants to stay collection efforts by RTED, she will need to file an adversary proceeding and seek injunctive relief.

For the foregoing reasons, it is hereby

ORDERED that Debtor's motion to extend the automatic stay against Wells Fargo Bank, N.A. is GRANTED. It is further

ORDERED that Debtor's motion to extend the automatic stay against RTED America LLC and any other creditor is DENIED.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Colleen Estes |
|   | P.O. Box 307 |
| 4 | Forest Knolls, CA 94933 |
| 5 | Wells Fargo Bank |
|   | CEO Timothy J. Sloan |
| 6 | 101 N. Phillips Avenue |
|   | Sioux Falls, SD 57104 |
| 7 | |
| 8 | |
| ... | |
| 28 | |